

08-CV-05181-CMP

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

KEN BLAIR,

       Plaintiff,

vs.

THE BETHEL SCHOOL DISTRICT, a municipal corporation under the Laws of the State of Washington; TOM SEIGAL, the superintendent of Bethel School District and in his individual capacity; and his marital community with "JANE DOE" SEIGAL; BRENDA ROGERS, as president of the Bethel School District school board, and in her individual capacity and her marital community with "JOHN DOE" ROGERS; SUSAN SMITH, vice president of the Bethel School District school board, in her individual capacity and her marital community with "JOHN DOE" SMITH; JOY COOK, school board member of the Bethel School District school board in her individual capacity and in her marital community with "JOHN DOE COOK"; and JOHN MANNING, board member of the Bethel School District School Board in his individual capacity and his marital community with "JANE DOE" MANNING;

       Defendants.

NO. C08 5181FDB

COMPLAINT FOR DAMAGES AND JURY DEMAND

TAC 3574

ISSUED

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

COMES NOW the plaintiff, Ken Blair, by and through his attorney of record, Paul A. Lindenmuth of *The Law Offices of Ben F. Barcus & Associates, P.L.L.C.*, and complains and alleges as follows:

## I. JURISDICTION AND VENUE

1.1     In the instant matter, Plaintiff is bringing claims pursuant to 42 USC § 1983, and as such, this matter falls within the Federal Question jurisdiction of this court pursuant to 28 USC § 1331.

1.2     All acts alleged herein occurred within the venue of the United States District Court for the Western District of Washington at Tacoma.

1.3     Based on information and belief, all parties reside and are located within the venue of and for the Western District of Washington at Tacoma. All actions alleged herein occurred within said venue.

## II. THE PARTIES

2.1     Plaintiff, Ken Blair, at all times relevant hereto was a resident of Puyallup, Pierce County, Washington. From 1999 until the present he has been a member of the Bethel School District school board.

2.2     Defendant, Bethel School District, is a municipal corporation under the Laws of the State of Washington. It is the entity of which Plaintiff is an elected member of its board. The Bethel School District is being sued under the municipal liability jurisprudence developed by United States Supreme Court under 42 USC § 1983. With respect to plaintiff's claims pursuant to 42 USC § 1983 it specifically alleged that the unlawful conduct described below was done by persons which were/are

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

1

2

3    "policy makers" for the Bethel School District, and as such their actions constitute the actions of the

4    defendant, Bethel School District.

5        2.3    The individual Defendants (with the exception of Defendant Tom Seigal) at all times

6    relevant hereto were members of the Bethel School Board.  Defendant Brenda Rogers, at all times

7    relevant hereto was the president of the school board and Defendants Smith, Cook and Manning were

8    board members. Further, at all times relevant hereto, Defendant Tom Seigal was/is the superintendent

9    of the Bethel School District who was appointed and/or hired by the school board.  It is specifically

10    alleged that all acts alleged herein were done under "color of state law" and "color" of the offices held

11    by  the individually named Defendants with the Bethel School District. Each of the individually

12    named Defendants are being sued solely in their individual capacities.  It is specifically alleged that

13    Defendants combined with each other to engage in a conspiracy (agreement) to violate Plaintiff's

14    rights to freedom of speech protected by the United States Constitution.  It is also alleged that the

15    Defendants either directly participated in the violation of Plaintiff's Constitutionally protected rights

16    and/or set into motion a series of events, that led to the deprivation by others, of Plaintiff's First

17    Amendment Rights.

18

19        2.4    With respect to the each individually named Defendants, it is specifically alleged that

20    all acts performed by them were done for the benefit of their marital community with the "John" and

21    "Jane Does" listed above.  The individual "Doe" Defendants are named solely to insure that a

22    judgment entered herein is not only applicable to the individual but also to  their marital community

23    with the listed "Jane" and "John Does".

24

25

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

1

2

3

4

### III. FACTUAL BACKGROUND

5    3.1    Plaintiff, Ken Blair, became a Bethel School District school board member in 1999 and

6    through the elections process retains that position to the present. He is next up for election in the year

7    2009. He has stood for election in 1999, 2001 and 2005. In January of 2007 he was appointed the

8    position of vice president of the Bethel District School Board and the natural progression from that

9    position would be to president of the board.

10    3.2    Over the last three to four years, Plaintiff has had substantial concern with the method

11    and manner that Superintendent Tom Seigal has performed his job duties as superintendent of the

12    Bethel School District. As a result of such concerns, Plaintiff over the past three years has voted "no"

13    when it came to renewing Mr. Seigal's contract for such a position.    In addition, Plaintiff also

14    protested the method and manner in which Mr. Seigal has been evaluated by the board.

15

16    3.3    Plaintiff Blair was specifically concerned that Superintendent Seigal was having his

17    contract renewed and was being provided pay raises and positive performance evaluations, even

18    though the district's test scores were down, people were being hired in contravention with the

19    district's anti-nepotism policies and that a grant company was given $10,000 per month to seek out

20    grants and the contract was maintained despite the fact that the grant company was providing no

21    results. From the Plaintiff's point of view, this resulted in a waste of over $140,000 of the district's

22    assets. In addition, Plaintiff had grave concerns that false information was being conveyed within the

23    district's news letter at the behest of the superintendent. It also came to Plaintiff's attention that there

24    were allegations that Mr. Seigal and/or his wife were stealing oppositions' yard signs which related

25

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

1

2

3   to levy and school district bond measures. The district, in response to such concerns, made no efforts

4   were made to investigate as to whether or not the allegations were true or false, despite the fact that

5   Plaintiff was urging such investigation. Finally, substantial controversy grew as to the method and

6   manner in which Mr. Seigal was proceeding in acquiring property for the district's "special skills

7   center".

8       3.4    Plaintiff's votes not to renew the superintendent's contract caused substantial tension

9   between Mr. Blair and other school board members inclusive of Rogers, Smith, Cook and Manning.

10  Matters came to a head on or about September 26, 2007 when Mr. Blair gave substantial statements

11  to the news media explaining why he had voted against the renewal of Superintendent Seigal's

12  contract which also included a pay raise. Within his media comments, Mr. Blair expressed concerns

13  about the superintendent's relationship with local politicians, the size of his raise and the method and

14  manner in which Superintendent's Seigal had performed his job duties as related to the development

15  of proposed regional career of vocational skills center (skill center) for the Bethel School District.

16

17      3.5    Following Mr. Blair's public criticism of Superintendent Seigal's job performance and

18  contract renewal, Mr. Blair began using public disclosure requests to explore the method and manner

19  in which the superintendent performed his duties. The public disclosure requests are attached to this

20  complaint as Exhibit No. 1 and are incorporated by this reference as if fully setforth herein.

21  Specifically Mr. Blair began making inquiring regarding whether or not Mr. Seigal, or members of

22  his family, had stolen campaign sides that were in opposition to school district bond levy/elections.

23  He inquired as to whether or not the Port of Tacoma had asserted any formal opposition to the

24  placement of the special skills center within the Frederickson, Pierce County area. He also made

25

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

1

2

3   inquires with respect to the amount of money paid to the above mentioned grant writing company in

4   order to find out how much the company had been paid and how much money the school district had

5   received as a result of the company's efforts to produce grants on behalf of the school district. Other

6   public disclosure requests by Mr. Blair were a general inquiry to see as to whether or not the

7   superintendent was providing proper stewardship over the school district, its students and its funds

8   and to determine whether or not he was engaging in any illegal or otherwise unethical practices while

9   being employed with the district.

10      3.6    As a direct and proximate result of Mr. Blair's exercise of his free speech rights by

11  speaking to the local news media on September 26th, his exercise of his right to vote no (dissenting

12  vote) as to the renewal of superintendent's contract and his efforts through public disclosure requests

13  to gather information regarding superintendent Seigal's possibly illegal misconduct, plaintiff was

14  subject to retaliation by the other members of the school board in the form of removal of his title of vice

15  president of the school board. Said removal of title occurred in the executive session which occurred

16  on or about October 10, 2007.

17

18      3.7    In addition, as a direct and proximate result of Mr. Blair's exercise of his rights as a

19  citizen to freedom of speech and to petition government for information by disclosure requests, he has

20  been subject to a substantial amount of administrative harassment, including denial of travel requests,

21  information in relevance to the performance of his job duties and generally has been treated as a pariah

22  by his colleagues and peers within the Bethel School District school board. In addition, he has been

23  subject to retaliation by Superintendent Seigal who no longer provides the pertinent information which

24

25

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

1

2

3    is necessary for the performance of Plaintiff's elected duties, and which has been provided by other

4    members of the school board to other members of the school board.

5        3.8    It is specifically alleged that a substantial and motivating factor in the adverse actions

6    being taken against Mr. Ken Blair, are/were his exercise of freedom of speech and his exercise of his

7    right to petition the government for information under statutes that are otherwise available to any and

8    all members of the public and/or citizens.

9        3.9    As a direct and proximate result of the retaliatory actions taken against Plaintiff Blair by

10   his fellow board members, the superintendent and other staff of the Bethel School District, Mr. Blair

11   has suffered loss of reputation, personal humiliation and significant emotional distress and anxiety.

12

13

14                          **IV. CAUSE OF ACTION**

15       That paragraphs 1.1 to 3.9 above, are incorporated by this reference, as if specifically set forth

16   herein:

17       4.1    **Violation of First Amendment Rights to Freedom of Speech and/or to petition**

18   **government for redress and/or to petition government:** That a substantial and/or motivating factor

19   in the removal of Plaintiff's vice presidency position and title, and the administrative harassments

20   discussed above, was a desire to punish plaintiff for speaking out as a citizen on issues of public

21   concern and for petitioning government for information that is otherwise available to members of the

22   public and/or citizens and such actions were violative of Plaintiff's First Amendment Rights.

23                              **V. RELIEF**

24       WHEREFORE, plaintiff prays for relief as follows:

25

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

5.1    Special and general compensatory damages;

5.2    For punitive damages against the individual Defendants;

5.3    Prejudgment interest on all liquidated amounts;

5.5    Full costs and attorney's fees pursuant to 42 USC § 1988;

5.6    For such other and further relief, (including the injunctive relief of reinstatement of his title) as the Court deems just and equitable; and

5.7    That these pleadings be deemed to conform to the proof presented at time of trial.

### VI. JURY DEMAND

6.1    That Plaintiff herein, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, respectfully request that this matter be heard by a jury of six.

DATED this _12_ day of March, 2008.

_Paul A. Lindenmuth_

Paul A. Lindenmuth, WSBA #15817
Attorney for Plaintiff

### VERIFICATION

STATE OF WASHINGTON    )
                                              ) ss.
COUNTY OF PIERCE         )

I, KEN BLAIR certify under penalty of perjury under the laws of the State of Washington that I am the Plaintiff above named. That I have read the foregoing Complaint for Damages and Jury Demand and believe the same to be true and correct.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this _12_ day of March, 2008 at _Tacoma_, Washington.

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

COMPLAINT FOR DAMAGES AND JURY DEMAND - 8

_____

Ken Blair

On this day personally appeared before me Ken Blair known to me to be the individual described in and who executed the within and foregoing Complaint and acknowledged that he signed the same as his free and voluntary act for the for the uses and purposes therein mentioned.

SUBSCRIBED AND SWORN to this _12th_ day of March, 2008.

_____
NOTARY PUBLIC for Washington State
Residing At: _Sumner Pierce Ct WA_
My Commission Expires: _1-10-10_

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035