# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEN BLAIR,

        PLAINTIFF

        v.

THE BETHEL SCHOOL DISTRICT, et al.,

        DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5181FDB

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment Dismissal of Plaintiff's Claims [Dkt. #10] is **GRANTED.**

October 28, 2008                               BRUCE RIFKIN
                                                                              Clerk

                                                             /s/ Pat LeFrois
                                                             _____
                                                                               Deputy Clerk